USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, *et al.*,

Petitioners,

-against-

FERREIRA CONSTRUCTION CO., INC.,

Respondent.

---------------------------------------------------------------X

1:26-cv-8102-GHW

ORDER

GREGORY H. WOODS, District Judge:

On September 18, 2026, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than October 9, 2026. Respondent's opposition is due by November 20, 2026. Petitioners' reply, if any, is due by December 11, 2026.

Petitioners are directed to serve the petition and supporting materials upon Respondent by September 28, 2026 and to file an affidavit of such service with the Court by October 1, 2026.

SO ORDERED.

Dated: September 19, 2026

GREGORY H. WOODS
United States District Judge